# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1837EA

_____

Kevin S. Ellison,                        *

                                     *

         Appellant,           *    Appeal from the United States

                                   *    District Court for the Eastern

    v.                            *    District of Arkansas.

                                   *

Gary Sims,                      *         [UNPUBLISHED]

                                   *

         Appellee.           *

_____

Submitted:  January 29, 1999
Filed:  February 10, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Kevin S. Ellison's appeal has been submitted on the briefs.  Having considered the record and the parties' briefs, we conclude the district court correctly granted summary judgment in favor of the party sued by Ellison.  We thus affirm the district court.  See 8th Cir. R. 47B.  We also deny Ellison's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.